456 A.2d 988

**COMMONWEALTH of Pennsylvania**

v.

**John KEEN, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1983.

Decided March 22, 1983.

Michael J. Healey (court-appointed), Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Melinda G. Tell, Asst. Dist. Atty., Pittsburgh, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgment of Sentence affirmed.